**FILED**
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. JAMES EDWARD EVERETT

Case No. *A04-0010 CR* (AHB)

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

### MINUTE ORDER FROM CHAMBERS

In light of the recent retirement of Magistrate Judge A. Harry Branson and at the direction of Chief Judge Sedwick, the magistrate judge referral in the above referenced case is hereby reassigned to Magistrate Judge John D. Roberts.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 7, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

C:\Documents and Settings\danm\Favorites\JUDGE ROBERTS\JDR Minute Orders\00 CR FORM Reassignment of MJ Form.wpd

A04-0010--CR (JDR)    ℬm 12/7/05

✓ J. ROBBINS
✓ UNITED STATES ATTORNEY (USA)
✓ FPD (CJA CLERK)
✓ MAGISTRATE JUDGE ROBERTS

20